THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
4328 Redwood Hwy., Suite 300
San Rafael, CA 94903
Telephone:  415/674-8600
Facsimile:  415/674-9900

Attorneys for plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN HEATHERLY and IRMA RAMIREZ, each an individual,<br><br>Plaintiffs,<br><br>v.<br><br>LA DORA LIQUORS and DELI; LDK INVESTORS LLC, a California Limited Liability Company; and NARINDER S. MAROCK, an individual dba LA DORA LIQUORS and DELI,<br><br>Defendants. | CASE NO. CV-11-0805-JCS<br><br>**DECLARATION OF THOMAS E. FRANKOVICH IN SUPPORT OF EX PARTE APPLICATION FOR ADDITIONAL TIME FOR PLAINTIFFS TO SERVE DEFENDANT LDK INVESTORS LLC; AND [~~PROPOSED~~] ORDER THEREON** |

**DECLARATION OF THOMAS E. FRANKOVICH IN SUPPORT OF EX PARTE APPLICATION FOR ADDITIONAL TIME FOR PLAINTIFFS TO SERVE DEFENDANT LDK INVESTORS LLC**.

I, THOMAS E. FRANKOVICH, declare that I am an attorney duly licensed to practice in this and all of the courts in the state of California and if called as a witness and duly sworn, I would and could competently testify to the following based upon my own personal knowledge, information and belief:

That I am the attorney for plaintiff DAREN HEATHERLY and plaintiff IRMA RAMIREZ.

Plaintiff DAREN HEATHERLY and Plaintiff IRMA RAMIREZ filed this action on February 22, 2011.

**EX PARTE APPLICATION FOR ADDITIONAL TIME FOR PLAINTIFFS TO SERVE DEFENDANT LDK INVESTORS LLC; AND [PROPOSED] ORDER THEREON**  CV-11-0805-JCS  1

1  Pursuant to General Order 56 and Civil Local Rule 7-11, plaintiffs were to have defendants
2 served on or before April 25, 2011.
3     The defendants to this action are LDK INVESTORS LLC, a California Limited Liability
4 Company; and NARINDER S. MAROCK, an individual dba LA DORA LIQUORS and DELI.
5     Defendant NARINDER S. MAROCK was served with the summons and complaint on
6 April 6, 2011. Attached as Exhibit "A" and incorporated by reference as though fully set forth
7 herein is the proof of service.
8     Despite diligent efforts, plaintiffs have been unsuccessful in their attempt to serve
9 defendant LDK INVESTORS LLC.
10     Plaintiffs directed their process server to serve defendant LDK INVESTORS LLC at the
11 service address (837 Springbrook Drive, San Ramon, California 94582), which is indicated on
12 the summons. Plaintiffs' process server made four (4) attempts to serve defendant LDK
13 INVESTORS LLC but was unsuccessful to no avail. Per plaintiffs' process server, on April 9,
14 2011, when the process server attempted to serve defendant on this particular date, the process
15 server heard some activity inside the residence/business. However, the process server believes
16 defendant may have been evading him. Attached as Exhibit "B" and incorporated by reference as
17 though fully set forth herein is the Affidavit of Reasonable Diligence regarding defendant LDK
18 INVESTORS LLC from plaintiffs' process server.
19     Shortly afterwards, because plaintiffs' process server was unsuccessful in their attempts
20 to serve defendant LDK INVESTORS LLC, plaintiffs' attempted to serve defendant via FedEx
21 and regular U.S. Mail. Plaintiffs were unsuccessful in these alternative methods. Plaintiffs'
22 counsel office was informed by Amanpreet Kaur, who is acting on behalf of defendant
23 NARINDER S. MAROCK that the address (837 Springbrook Drive, San Ramon, California
24 94582) for defendant LDK INVESTORS LLC is in fact the correct address and that she had
25 spoken to defendant LDK INVESTORS LLC regarding service. Attached as Exhibit "C" and
26 incorporated by reference as though fully set forth herein are the letters that were included in the
27 service package written by plaintiffs' counsel to defendant LDK INVESTORS LLC on April 25,
28 2011, regarding service, Notice of Acknowledgment Receipt and tracking information.

In light of the above, plaintiffs are respectfully requesting an extension to serve, sufficient time to resume their efforts to accomplish service on defendant LDK INVESTORS LLC and further investigate this matter up to and including July 10, 2011. If plaintiffs still aren't successful in their attempts to serve defendant LDK INVESTORS LLC, then plaintiffs will respectfully request that this Court issue an Order permitting service on defendant LDK INVESTORS LLC through publication.

Plaintiffs also request that the last day for the parties and counsel to conduct the General Order 56 joint inspection of the premises be continued from June 2, 2011 to August 2, 2011, in order to give all parties sufficient time to be served, appear, and meaningfully participate in the joint inspection.

Respectfully submitted,

Dated: May 10, 2011

THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*

By: /s/Thomas E. Frankovich
Thomas E. Frankovich
Attorneys for Plaintiffs DAREN HEATHERLY and IRMA RAMIREZ, each an individual

## ORDER

**IT IS SO ORDERED** that plaintiffs have up to and including July 10, 2011 to serve defendant LDK INVESTORS LLC with the summons and complaint. **IT IS FURTHER ORDERED** that the last day for the parties to conduct the joint inspection of the premises be continued up to and including August 2, 2011.

Dated: May 12, 2011

[Signature: Judge Joseph C. Spero]
United States Magistrate Judge

EX PARTE APPLICATION FOR ADDITIONAL TIME FOR PLAINTIFFS TO SERVE DEFENDANT LDK INVESTORS LLC; AND [~~PROPOSED~~] ORDER THEREON     CV-11-0805-JCS     3

# EXHIBIT A

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| THOMAS E. FRANKOVICH (SBN 074414); Bar #74414<br>THE FRANKOVICH GROUP<br>4328 REDWOOD HIGHWAY<br>SUITE 300<br>SAN RAFAEL, CA 94903 | | | | |
| Telephone No 415-444-5800    FAX No. 415-674-9900 | | | | |
| | | Ref. No. or File No | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Northern District Of California | | | | |
| Plaintiff: DAREN HEATHERLY, et al. | | | | |
| Defendant: LA DORA LIQUORS AND DELI, et al | | | | |
| PROOF OF SERVICE<br>SUMMS IN CIV. ACTION | Hearing Date: | Time: | Dept/Div | Case Number:<br>CV11 0805 JCS |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action Complaint For Injunctive Relief And Damages; Civil Cover Sheet; Welcome To The U.S. District Court, San Francisco Information Package; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Plaintiffs' Consent To Proceed Before A United States Magistrate Judge; Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title Ii & Iii; Civil Standing Orders For Magistrate Judge Joseph C. Spero; Standing Order Re: Case Management Conference; Notice Of Rule Discontinuing Service By Mail; Standing Order For All Judges Of The Northern District Of California; Ecf Registration Information Handout; Consenting To A Magistrate Judge's Jurisdiction In Northern District Of California; Letter Dated March 18th, 2011.

3. a. Party served:  NARINDER S. MAROCK
   b. Person served: "JOHN DOE", MANAGER., Middle Eastern, Male, 20 Years Old, Black Hair, Brown Eyes, 5 Feet 9 Inches, 150 Pounds

4. Address where the party was served: 604 SAN BRUNO WEST
   SAN BRUNO, CA 94066

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Apr. 06, 2011 (2) at: 8:50PM

7. Person Who Served Papers:                                     Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Ellenor Rios                                               d. The Fee for Service was:

   First Legal
   1138 Howard Street                                            e. I am: (3) registered California process server
   San Francisco, CA 94103                                           (i)   Independent Contractor
   Telephone    (415) 626-3111                                       (ii)  Registration No:    984
   Fax          (415) 626-1331                                       (iii) County:             Santa Clara
   www.firstlegalnetwork.com

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Thu, Apr. 07, 2011

   Judicial Council Form                PROOF OF SERVICE                (Ellenor Rios)
   Rule 2.150.(a)&(b) Rev January 1, 2007   SUMMS IN CIV. ACTION                                    6662334 thofr-jg.357044

# EXHIBIT B

| Attorney or Party without Attorney:<br>THOMAS E. FRANKOVICH (SBN 074414), Bar #74414<br>THE FRANKOVICH GROUP<br>4328 REDWOOD HIGHWAY<br>SUITE 300<br>SAN RAFAEL, CA 94903<br>Telephone No: 415-444-5800  FAX No 415-674-9900 | | | | | For Court Use Only |
|---|---|---|---|---|---|
| | | Ref. No or File No.. | | | |
| Attorney for: Plaintiff | | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Northern District Of California | | | | | |
| Plaintiff: DAREN HEATHERLY, et al. | | | | | |
| Defendant: LA DORA LIQUORS AND DELI, et al | | | | | |
| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time. | Dept/Div: | Case Number<br>CV11 0805 JCS | |

1. I, Raimundo Carvalho, and any employee or independent contractors retained by FIRST LEGAL SUPPORT SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant LDK INVESTORS LLC. as follows:

2. Documents: Summons In A Civil Action Complaint For Injunctive Relief And Damages; Civil Cover Sheet; Welcome To The U.S. District Court, San Francisco Information Package; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Plaintiffs' Consent To Proceed Before A United States Magistrate Judge; Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title II & Iii; Civil Standing Orders For Magistrate Judge Joseph C. Spero; Standing Order Re: Case Management Conference; Notice Of Rule Discontinuing Service By Mail; Standing Order For All Judges Of The Northern District Of California; Ecf Registration Information Handout; Consenting To A Magistrate Judge's Jurisdiction In Northern District Of California; Letter Dated March 18th, 2011..

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Fri | 04/01/11 | 4:30pm | Business | NO ANSWER AT THE DOOR, QUIET INSIDE HOUSE, NO CARS IN DRIVEWAY. Attempt made by: Raimundo Carvalho, Registration #2005-0000968-00 San Francisco County. Attempt at: 837 SPRINGBROOK DRIVE SAN RAMON CA 94582. |
| Sun | 04/03/11 | 9:55am | Business | NO ANSWER AT THE DOOR AGAIN, ALL BLINDS CLOSED, HONDA ACCORD IN DRIVEWAY LIC# 5JRY739. Attempt made by: Raimundo Carvalho. Attempt at: 837 SPRINGBROOK DRIVE SAN RAMON CA 94582. |
| Sat | 04/09/11 | 9:05am | Business | NO ANSWER AT THE DOOR, NO CARS, SERVER HEARD SOME ACTIVITY INSIDE, THINKS THEY MAY BE EVADING HIM. Attempt made by: Raimundo Carvalho. Attempt at: 837 SPRINGBROOK DRIVE SAN RAMON CA 94582. |

Page Number 1

Date. Mon, Apr. 18, 2011    **AFFIDAVIT OF REASONABLE DILIGENCE**    6662333.fragr-sf.357041

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| THOMAS E. FRANKOVICH (SBN 074414), Bar #74414<br>THE FRANKOVICH GROUP<br>4328 REDWOOD HIGHWAY<br>SUITE 300<br>SAN RAFAEL, CA 94903 | | | | |
| Telephone No 415-444-5800 FAX: No. 415-674-9900 | | | | |
| | | Ref. No or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Northern District Of California | | | | |
| Plaintiff: DAREN HEATHERLY, et al. | | | | |
| Defendant: LA DORA LIQUORS AND DELI, et al | | | | |
| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time. | Dept/Div: | Case Number<br>CV11 0805 JCS |

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Sat | 04/16/11 | 7:15am | Business | NO ANSWER AT THE DOOR, BLINDS CLOSED, HONDA BACK IN DRIVEWAY. Attempt made by: Raimundo Carvalho. Attempt at: 837 SPRINGBROOK DRIVE SAN RAMON CA 94582. |
| Mon | 04/18/11 | 11:30am | Business | Returned Not Served on: LDK INVESTORS LLC. Business - 837 SPRINGBROOK DRIVE SAN RAMON, CA 94582 |

3. *Person Executing*
   a. Raimundo Carvalho
   b. **FIRST LEGAL SUPPORT SERVICES**
      1138 Howard Street
      SAN FRANCISCO, CA 94103
   c. (415) 626-3111

Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. *The Fee* for service was:
   e. *I am.* (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 2005-0000968-00
      (iii) County: San Francisco

4. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Mon, Apr. 18, 2011

Page Number 2

AFFIDAVIT OF REASONABLE DILIGENCE (Raimundo Carvalho)

6662333.fragr-sf.357041

# EXHIBIT C

# THE FRANKOVICH GROUP*
## LAWYERS

The Vineyard • 4328 Redwood Hwy • Suite 300 • San Rafael, CA 94903
Phone: 415-444-5800 • Facsimile: 415-674-9900

April 25, 2011

<u>*Via: U.S. Mail*</u>
Ketty Bacigalupi, Agent
LDK Investors LLC
837 Springbrook Drive
San Ramon, CA 94582

Re: *Daren Heatherly, et al. v. La Dora Liquors and Deli, et al.*
USDC N.D. California - Case No. CV-11-0805-JCS
Our Reference:   LA DORA
Subject: Service of Process

Dear Ms. Bacigalupi:

My office has made three (3) and/or more attempts to serve you as the registered agent on behalf of LDK Investors LLC with the enclosed summons and complaint to no avail. Accordingly, we are making one final attempt to serve these papers via FedEx.

Please be advised that if we do not receive acknowledgment of your receipt of these papers within 20 days, we will have no choice other than to move for service by publication. This process will require considerable time and effort, generating significant costs and attorneys' fees for which you may ultimately be held responsible. Therefore, I strongly encourage you to sign the enclosed **"Notice and Acknowledgment of Receipt"** and return it in the enclosed self-addressed envelope to my office upon receipt of this letter.

If you have any questions and/or concern, please contact our office. Alternatively, if you have an attorney that will be representing you, please have them contact my office. I remain,

Very truly yours,

*Thomas E. Frankovich*

Thomas E. Frankovich
DICTATED BUT NOT SIGNED IN THE INTEREST OF TIME

TEF/arc

(Enclosures)

*Protecting the Civil Rights of the Disabled*
* Thomas E. Frankovich, A Professional Law Corporation

# THE FRANKOVICH GROUP*
## LAWYERS

The Vineyard • 4328 Redwood Hwy • Suite 300 • San Rafael, CA 94903
Phone: 415-444-5800 • Facsimile: 415-674-9900

April 25, 2011

<u>*Via:* **FED EX**</u>
Ketty Bacigalupi, Agent
LDK Investors LLC
837 Springbrook Drive
San Ramon, CA 94582

      Re:   *Daren Heatherly, et al. v. La Dora Liquors and Deli, et al.*
               **USDC N.D. California - Case No. CV-11-0805-JCS**
               **Our Reference:**     **LA DORA**
               **Subject: Service of Process**

Dear Ms. Bacigalupi:

    My office has made three (3) and/or more attempts to serve you as the registered agent on behalf of LDK Investors LLC with the enclosed summons and complaint to no avail. Accordingly, we are making one final attempt to serve these papers via FedEx.

    Please be advised that if we do not receive acknowledgment of your receipt of these papers within 20 days, we will have no choice other than to move for service by publication. This process will require considerable time and effort, generating significant costs and attorneys' fees for which you may ultimately be held responsible. Therefore, I strongly encourage you to sign the enclosed **"Notice and Acknowledgment of Receipt"** and return it in the enclosed self-addressed envelope to my office upon receipt of this letter.

    If you have any questions and/or concern, please contact our office. Alternatively, if you have an attorney that will be representing you, please have them contact my office. I remain,

                                     Very truly yours,

                                     Thomas E. Frankovich
                           DICTATED, BUT NOT SIGNED IN THE INTEREST OF TIME

TEF/arc

(Enclosures)

*Protecting the Civil Rights of the Disabled*
\* Thomas E. Frankovich, A Professional Law Corporation

THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
4328 Redwood Hwy., Suite 300
San Rafael, CA 94903
Telephone:   415/674-8600
Facsimile:    415/674-9900

Attorneys for Plaintiffs DAREN HEATHELRY and
IRMA RAMIREZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN HEATHERLY and IRMA RAMIREZ, each an individual,<br><br>  Plaintiffs,<br><br>v.<br><br>LA DORA LIQUORS and DELI; LDK INVESTORS LLC, a California Limited Liability Company; and NARINDER S. MAROCK, an individual dba LA DORA LIQUORS and DELI,<br><br>  Defendants. | CASE NO. CV-11-0805-JCS<br><br>NOTICE AND ACKNOWLEDGMENT OF RECEIPT |

TO: DEFENDANT LDK INVESTORS LLC, a California Limited Liability Company.

This summons and complaint are being served pursuant to Section 415.30 of the California Code of Civil Procedure and Section 4(e)(1) of the Federal Rules of Civil Procedure. Your failure to complete this form and return it to my office within (20) days may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

///

///

NOTICE AND ACKNOWLEDGMENT OF RECEIPT                                                    1

If you are being served on behalf a corporation, unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. On all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. Section 415.30 provides that this summons and other documents are deemed served on the date you sign the Acknowledgment of Receipt below, and you return this form to my office.

Dated: April 25, 2011                THOMAS E. FRANKOVICH,
                                     *A PROFESSIONAL LAW CORPORATION*

                                     By: _____/s/ Thomas E. Frankovich_____

                                     THOMAS E. FRANKOVICH
                                     Attorneys for Plaintiffs DAREN HEATHERLY and IRMA RAMIREZ

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of:

    1. ☐ A copy of the summons and of the complaint.

Date of receipt:_____, 2011

                                                            (Signature of person acknowledging receipt, with title if acknowledgment is made on behalf of another person)

Date this form is signed:_____, 2011

                                                             (Type or print your name and the name of entity, if any, on whose behalf this form is signed)



http://fedex.com/Tracking                    5/10/2011

# FedEx US Airbill

**1 From** Date: 4-25-11

Sender's Name: Cooper

Company: FRANKOVICH, THOMAS E., APLC

Phone: (415) 444-5800

Address: 4328 REDWOOD HWY STE 300

City: SAN RAFAEL  State: CA  ZIP: 94903

Tracking Number: 8744 3663 9208

**2 Your Internal Billing Reference:** LA Dor A Liquors

**3 To**

Recipient's Name: Kelly Bacigalupi

Phone: 415 674-8600

Company: LDK Investors LLC

Address: 837 Springbrook Dr.

City: San Ramon  State: CA  ZIP: 94582

0431174390

605