Shane Singh, Bar No. 202733
ssingh@kringandchung.com
KRING & CHUNG, LLP
2620 J Street, Suite 1
Sacramento, CA 95816-4381
Telephone: (916) 266-9000
Facsimile: (916) 266-9001

Attorneys for Defendant
Narinder S. Marock, an individual dba La Dora Liquors and Deli

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN HEATHERLY and IRMA RAMIREZ, each an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> LA DORA LIQUORS and DELI; LDK INVESTORS LLC, a California Limited Liability Company; and NARINDER S. MAROCK, an individual dba LA DORA LIQUORS and DELI, <br><br> Defendants. | Case No. 3:11-cv-00805-JCS <br><br> **SUBSTITUTION OF ATTORNEYS; ORDER; [PROPOSED] ORDER** |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendant NARINDER S. MAROCK, an individual dba LA DORA LIQUORS AND DELI hereby substitutes Shane Singh of Kring & Chung LLP, 2620 J Street, #1, Sacramento, California 95816, Telephone Number (916) 266-9000, Facsimile Number (916) 266-9001 as their attorney of record in the above-entitled action instead of NARINDER S. MAROCK, who is acting in *Propria Persona*. This substitution may be signed in facsimile counter parts in order to avoid delay.

/ / /

/ / /

F:\3979\0001\cf\Substitution of Counsel.docx

1  I have read this substitution of attorneys and consent to the foregoing
2  substitution.
3  Dated: August 31, 2011

5  By: */s/ Narinder S. Marock (on file with counsel)*
6  Narinder S. Marock, an individual
   dba La Dora Liquors and Deli
7  Defendant in *Propria Persona*

9  We accept the above substitution.

10  Dated: September 1, 2011    KRING & CHUNG, LLP

12  By: */s/ Shane Singh, Esq.*
13  Shane Singh
    Attorney for Defendant
14  NARINDER S. MAROCK, an
    individual dba LA DORA
15  LIQUORS and DELI

**IT IS SO ORDERED.**

17  Dated: __9/1_____, 2011   _____
18                                 United States M~~agistrate~~ Judge



2

F:\3979\0001\cf\Substitution of Counsel.docx