1  Shane Singh, Bar No. 202733
   ssingh@kringandchung.com
2  KRING & CHUNG, LLP
   2620 J Street, Suite 1
3  Sacramento, CA  95816-4381
   Telephone:  (916) 266-9000
4  Facsimile:  (916) 266-9001

5  Attorneys for Defendant
   Narinder S. Marock, an individual dba La Dora
6  Liquors and Deli

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 DAREN HEATHERLY and IRMA           ) Case No. 3:11-cv-00805-JCS
   RAMIREZ, each an individual,       )
12                                    ) **SUBSTITUTION OF**
             Plaintiffs,              ) **ATTORNEYS; ORDER;**
13      vs.                           ) **[PROPOSED] ORDER**
                                      )
14 LA DORA LIQUORS and DELI; LDK      )
   INVESTORS LLC, a California Limited)
15 Liability Company; and NARINDER S. )
   MAROCK, an individual dba LA DORA  )
16 LIQUORS and DELI,                  )
                                      )
17           Defendants.               )
                                      )
18 ─────────────────────────

19 **TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF**

20 **RECORD:**

21      Defendant NARINDER S. MAROCK, an individual dba LA DORA

22 LIQUORS AND DELI hereby substitutes Shane Singh of Kring & Chung LLP, 2620

23 J Street, #1, Sacramento, California 95816, Telephone Number (916) 266-9000,

24 Facsimile Number (916) 266-9001 as their attorney of record in the above-entitled

25 action instead of NARINDER S. MAROCK, who is acting in *Propria Persona*.  This

26 substitution may be signed in facsimile counter parts in order to avoid delay.

27 / / /

28 / / /

1   I have read this substitution of attorneys and consent to the foregoing
2  substitution.
3  Dated: August 31, 2011

5              By:  */s/ Narinder S. Marock (on file with counsel)*
                   Narinder S. Marock, an individual
6                  dba La Dora Liquors and Deli
                   Defendant in *Propria Persona*

8      We accept the above substitution.

10  Dated: September 1, 2011          KRING & CHUNG, LLP

12                                    By:  */s/ Shane Singh, Esq.*
                                          Shane Singh
13                                        Attorney for Defendant
                                          NARINDER S. MAROCK, an
14                                        individual dba LA DORA
                                          LIQUORS and DELI

16  **IT IS SO ORDERED.**
17  Dated:  9/1           , 2011      _____
18                                    United States M~~agistrate~~ Judge



F:\3979\0001\cf\Substitution of Counsel.docx

2