1 THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
2 *A Professional Law Corporation*
4328 Redwood Hwy., Suite 300
3 San Rafael, CA 94903
Telephone: 415/674-8600
4 Facsimile: 415/674-9900

5 Attorneys for Plaintiffs
DAREN HEATHERLY; and
6 IRMA RAMIREZ

7 UNITED STATES DISTRICT COURT

8 NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN HEATHERLY and IRMA RAMIREZ, each an individual,<br><br>Plaintiffs,<br><br>v.<br><br>LA DORA LIQUORS and DELI; LDK INVESTORS LLC, a California Limited Liability Company; and NARINDER S. MAROCK, an individual dba LA DORA LIQUORS and DELI,<br>Defendants. | CASE NO. CV-11-0805-JCS (SI)<br><br>STIPULATION TO VACATE AND/OR CONTINUE CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER THEREON<br><br><br><br>Honorable Susan Illston |

Plaintiffs DAREN HEATHERLY and IRMA RAMIREZ and defendants LDK INVESTORS LLC; and NARINDER S. MAROCK, by and through their respective counsel, respectfully request and stipulate, as follows:

The parties have agreed to and are scheduled to conduct the General Order (56) Joint Site Inspection in the above-referenced action on Monday, October 3, 2011 at 11:00 a.m.

///

///

///

1     Therefore, the parties respectfully request that the Case Management Conference currently scheduled on Friday, October 7, 2011 at 2:30 p.m., location 450 Golden Gate Avenue, San Francisco, California in Courtroom #10, 19th floor be vacated and/or continued.

IT IS SO STIPULATED.

Dated: September 28, 2011

THOMAS E. FRANKOVICH, ESQ.,
**A PROFESSIONAL LAW CORPORATION**

By: \_\_\_\_/s/Thomas E. Frankovich_____
Thomas E. Frankovich
Attorneys for Plaintiffs DAREN HEATHERLY; and IRMA RAMIREZ

Dated: 9/28/11, 2011

MARTIN H. ORLICK, ESQ.,
**Jeffer, Mangels, Butler & Marmaro LLP**

By:_____
Martin H. Orlick

Attorneys for Defendant LDK INVESTORS LLC, a California Limited Liability Company

///
///
///
///
///
///
///

1 | Dated: **9·28**, 2011      SHANE SINGH, ESQ.,
2 |                   **KRING & CHUNG, LLP**
3 |
4 |                   By: _/s/ Shane Singh_
5 |                   Attorneys for Defendant NARINDER S.
6 |                   MAROCK, an individual dba LA DORA LIQUORS and DELI

## ORDER

**IT IS SO ORDERED** that the Case Management Conference set for October 7, 2011, is vacated and/~~or continued to _____, 2011, at _____ a.m./p.m. The parties shall file a Joint Case Management Statement no later than seven (7) days prior to the Conference.~~

Dated: ____9/29____, 2011     _/s/ Susan Illston_
                                       Honorable Susan Illston
                                       United States District Judge