1 | THOMAS E. FRANKOVICH (State Bar No. 074414)
  | THOMAS E. FRANKOVICH,
2 | *A Professional Law Corporation*
  | 4328 Redwood Hwy., Suite 300
3 | San Rafael, CA 94903
  | Telephone:   415/674-8600
4 | Facsimile:   415/674-9900

5 | Attorneys for Plaintiffs
  | DAREN HEATHERLY; and
6 | IRMA RAMIREZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DAREN HEATHERLY and IRMA RAMIREZ, each an individual, | ) CASE NO. CV-11-0805-JCS (SI) |
|---|---|
| Plaintiffs, | ) STIPULATION TO VACATE AND/OR CONTINUE CASE MANAGEMENT CONFERENCE; AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER THEREON |
| v. | |
| LA DORA LIQUORS and DELI; LDK INVESTORS LLC, a California Limited Liability Company; and NARINDER S. MAROCK, an individual dba LA DORA LIQUORS and DELI, | |
| Defendants. | ) Honorable Susan Illston |

Plaintiffs DAREN HEATHERLY and IRMA RAMIREZ and defendants LDK INVESTORS LLC; and NARINDER S. MAROCK, by and through their respective counsel, respectfully request and stipulate, as follows:

The parties have agreed to and are scheduled to conduct the General Order (56) Joint Site Inspection in the above-referenced action on Monday, October 3, 2011 at 11:00 a.m.

///

///

///

STIPULATION TO VACATE AND/OR CONTINUE CASE MANAGEMENT CONFERENCE; and [PROPOSED] ORDER
THEREON                                                    Case No. CV-11-0805-JCS-(SI)        1

Therefore, the parties respectfully request that the Case Management Conference currently scheduled on Friday, October 7, 2011 at 2:30 p.m., location 450 Golden Gate Avenue, San Francisco, California in Courtroom #10, 19th floor be vacated and/or continued.

IT IS SO STIPULATED.

Dated: September 28, 2011

THOMAS E. FRANKOVICH, ESQ.,
**A PROFESSIONAL LAW CORPORATION**

By: ____/s/Thomas E. Frankovich____
Thomas E. Frankovich
Attorneys for Plaintiffs DAREN HEATHERLY;
and IRMA RAMIREZ

Dated: 9/28/11, 2011

MARTIN H. ORLICK, ESQ.,
**Jeffer, Mangels, Butler & Marmaro LLP**

By:_____
Martin H. Orlick

Attorneys for Defendant LDK INVESTORS LLC,
a California Limited Liability Company

///
///
///
///
///
///
///

Dated: 9·28, 2011  SHANE SINGH, ESQ.,
**KRING & CHUNG, LLP**

By: /s/ Shane Singh
Shane Singh
Attorneys for Defendant NARINDER S. MAROCK, an individual dba LA DORA LIQUORS and DELI

## ORDER

**IT IS SO ORDERED** that the Case Management Conference set for October 7, 2011, is vacated and/or continued to ~~_____, 2011, at _____ a.m./p.m. The parties shall file a Joint Case Management Statement no later than seven (7) days prior to the Conference.~~

Dated: 9/29, 2011

/s/ Susan Illston
Honorable Susan Illston
United States District Judge